THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Curtis McCoy, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Special Circuit Court Judge

Unpublished Opinion No. 2007-UP-294
Submitted June 1, 2007  Filed June 7, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant,
 John Curtis McCoy, was indicted for assault and battery with intent to kill
 (ABWIK) and burglary in the first degree.  He was convicted as charged and
 sentenced to consecutive sentences of five years on the ABWIK charge and
 fifteen years on the burglary charge.  McCoys counsel attached to the brief a petition to be relieved as
 counsel, stating that she had reviewed the record and concluded this appeal
 lacks merit.  McCoy filed a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.